JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTRAY REESE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAIKIN COMFORT TECHNOLOGIES DISTRIBUTION INC, a Texas Corporation, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No.: 2:24-CV-00050 AB (MARx)<br><br>[PROPOSED] ORDER TO DISMISS WITH PREJUDICE<br><br>Complaint Filed: November 29, 2023 |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: November 19, 2024

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

-1-